# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br>         Plaintiff,<br><br>    vs.<br><br>DAVID SCOTT, as Adminstrator of the Estate of Stephen A. Schmuass, et al.,<br>         Defendants. | Case No. 17 CV 656 CVE-JFJ |

## ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Defendant, David Scott, as Administrator of the Estate of Stephen A. Schmuass, by counsel, Collin M. Hinds, and in Answer to Plaintiff's complaint would state as follows:

1.      Defendant Scott would neither admit nor deny the allegations in Plaintiff's complaint as it has no direct knowledge of the allegations contained therein, but would require strict proof thereof.

2.      Defendant Scott reserves the right to amend his answer pending discovery.

WHEREFORE, having answered, David Scott prays that the Plaintiff take nothing against him adverse to the probate estate in his capacity as the Administrator of the Estate of Stephen A. Schmuass, and that this Defendant be granted all other relief that is just and equitable.

        Respectfully submitted,

        Hinds Law Firm, PC

        s/ Collin M. Hinds

        _____
        Collin M. Hinds, OBA # 17391
        1611 S. Denver Ave.
        Tulsa, OK  74119
        (918) 582-7472
        collin@hindslawfirm.com

        Attorney for Plaintiff

## CERTIFICATE OF MAILING

I hereby certify that on the 21st day of December, 2017, a true and correct copy of the above and foregoing instrument was mailed by regular mail, with proper postage fully prepaid thereon, to the following:

Jody R. Nathan, Esq.
2 W. 2nd St., Ste. 900
Tulsa, OK  74103

        s/Collin M. Hinds_____
        Collin M. Hinds